# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 8, 2022

## NO.  03-22-00668-CV

**Carlos Tello, Appellant**

**v.**

**Office of the Attorney General, Child-Support Division, Appellee**

**APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE KELLY**

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction.  Because appellant is presumed indigent and unable to pay costs, no adjudication of costs is made.